

**UNITED STATES PROBATION AND PRETRIAL SERVICES**

# MEMORANDUM

**DATE:** December 21, 2015

**TO:** Honorable Jonathan W. Feldman
United States Magistrate Judge

**FROM:** Jillian Trahms
U.S. Probation Officer

**SUBJECT:** Jean Carlos Alvarez Dejesus
6:14-MJ-0588-009



On May 14, 2015, the defendant was arrested and charged with violating Title 21, U.S.C. § 846; Conspiracy and Attempt to Possess with Intent to Distribute, and to Distribute, Controlled Substances, Title 21, U.S.C. § 843; Use of a Communication Facility in Furtherance of a Controlled Substance Felony, Title 21, U.S.C. § 856; Maintaining a Place for Manufacture, Distribution, or Use of Controlled Substances, Title 18, U.S.C. § 1956(h) and 1957; Money Laundering, Title 18, U.S.C. § 924(c); Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Title 18, U.S.C. § 2; Aiding and Abetting. On May 14, 2015, the defendant appeared before Your Honor and was detained pending his detention hearing. On June 4, 2015, pretrial recommended the defendant's release with conditions to include electronic monitoring based on the nature of offense charged. The defendant was released to pretrial supervision on conditions to include Home Detention, to be monitored via electronic monitoring.

On December 1, 2015, the defendant appeared before Your Honor for a Status Hearing. The defendant made an application to the court requesting the removal of electronic monitoring.

Based on the initial recommendation of pretrial, we oppose the defendant's removal of electronic monitoring. However, based on the defendant's compliance, we recommend that defendant's conditions be modified from home detention to a curfew of 9pm to 7am Monday through Friday.